PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

AO 241 (Rev. 5/85)

**United States District Court**

District: [Southern District of Florida]

Name: Michael McCutcheon
Prisoner No.: 816168
Case No.: 00-6008-CIV-SEITZ MAGISTRATE JUDGE

Place of Confinement: Hamilton Correctional Institution
11419 S.W. County Rd. 252 #249
Jasper, Florida 32052

Name of Petitioner (include name under which convicted):
Michael McCuthcheon

V.

Name of Respondent (authorized person having custody of petitioner):
Michael Moore, Secretary
Dept. of Corrections, et. al.,
State of Florida

The Attorney General of the State of: Robert A. Butterworth, State of Florida

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: Seventeenth Judicial Circuit Court, in and for Broward County, Florida

2. Date of judgment of conviction: December 16, 1996

3. Length of sentence: Thirty (30) years

4. Nature of offense involved (all counts): Count I - Robbery; Count II - Armed False Imprisonment; Count III - Battery

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) Judge only ☐

   cat/div: B-Broward "2254"
   Case #: 00 CV 6008
   Judge: Seitz  Mag: CHS
   Motn Ifp: yes   Fee pd $: —
   Receipt #: _____

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __Fourth District Court of Appeal of Florida__

   (b) Result __Reversed - Case No. 97-0404__

   (c) Date of result and citation, if known __May 27, 1998, McCutcheon V. State, 711 So.2d 1286 (4th DCA 1998).__

   (d) Grounds raised __Trial Court erred in denying Defendant's Motion for Judgment of Acquittal on Charge of False Imprisonment.__

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court __N/A__

   (2) Result ____

   (3) Date of result and citation, if known ____

   (4) Grounds raised ____

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court __N/A__

   (2) Result ____

   (3) Date of result and citation, if known ____

   (4) Grounds raised ____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒    No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __Fourth District Court of Appeal of Florida__

    (2) Nature of proceeding __Petition for Writ of Habeas Corpus (Case No. 98-02464)__

    (3) Grounds raised __Ineffective Assistance of Appellate Counsel.__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐     No ☒

    (5) Result __Denied__

    (6) Date of result __August 18, 1998__

(b) As to any second petition, application or motion give the same information:

    (1) Name of court __Seventeenth Judicial Circuit Court, Broward County, Florida__

    (2) Nature of proceeding __3.850 Motion for Post Conviction Relief__

    (3) Grounds raised __Information charging Armed Robbery was fatally defective. Trial Court erred in denying Motions for Judgment of Acquittal, and Motion for Arrest of Judgment, Motion for New Trial; Ineffective Assistance of counsel (both trial and appellate); Sentencing Guidelines Scoresheet Errors.__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐     No ☒

    (5) Result __Denied__

    (6) Date of result __October 13, 1998__

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.          Yes ☐     No ☒
    (2) Second petition, etc.       Yes ☐     No ☒

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not: __First Petition (Writ of Habeas Corpus), there is no appeal available by law.__

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    <u>Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: Conviction obtained in violation of Due Process

Supporting FACTS (state *briefly* without citing cases or law) Conviction obtained in violation of the Due Process Clause of the 14th Amendment U.S. Const. by the state's use of and/or failure to correct a fatally defective information.

B. Ground two: Denial of Effective Assistance of Trial Counsel

Supporting FACTS (state *briefly* without citing cases or law) Denial of Effective Assistance of Trial Counsel in violation of the Sixth Amendment, U.S. Const.

AO 241 (Rev. 5/85)

C. Ground three: Denial of Effective Assistance of Appellate Counsel.
PETITIONER WAIVES GROUND THREE (SEE ATTACHED MEMORANDUM)

Supporting FACTS (state *briefly* without citing cases or law) Denial of Effective Assistance of Appellate Counsel in violation of the Sixth Amendment U.S. Const.

D. Ground four: Denial of Due Process - Guidelines Scoresheet

Supporting FACTS (state *briefly* without citing cases or law) Denial of Due Process Clause of the 14th Amendment, U.S. Const., by use of and/or failure to correct an incorrectly scored Sentencing Guidelines Scoresheet.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: 
N/A

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:
   (a) At preliminary hearing Bruce H. Schiller, Esq., Markeity & Rothman, P.A., 8211 W. Broward Boulevard, Penthouse #3, Plantation, Florida 33324
   (b) At arraignment and plea Same as Above

AO 241 (Rev. 5/85)

(c) At trial  Same as Above

(d) At sentencing  Same as Above

(e) On appeal  Ellen Griffen, Esq., Asst. Public Defender, 421 Third Street, West Palm Beach, Florida  33401

(f) In any post-conviction proceeding  Michael McCutbheon, pro se'

(g) On appeal from any adverse ruling in a post-conviction proceeding  MICHAEL MCCUTCHEON, Pro Se

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
Yes ☒     No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐     No ☒
(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) Give date and length of the above sentence:  N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐     No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

12-28-99
(date)

_____
Signature of Petitioner
Michael McCutcheon, Pro se'

(7)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been furnished by me, and **filed** pursuant to the "Florida Mailbox Rule" established in Haag v. State, 591 So.2d 614 (FL 1992) via submission to Institutional Authorities for mailing to:

1.) Federal Courthouse Square; 301 N. Miami Ave.,; Miami, Florida 33128-1788; c/o: Clerk of Court

2.) Department of Legal Affairs; Office of Attorney General; The Capitol; Tallahassee, Florida 32399-1050; c/o: Robert A. Butterworth

3.) Department of Corrections; 2601 Blair Stone Road; Tallahassee, Florida 32399-2500; c/o: Michael N. Moore

on this 28 day of Dec, 1999.
UNDER PENALTY OF PERJURY, I hereby declare that the foregoing is true and correct.
[Accord: Fla. Stat., Sec. 92.525].

ss/ [signature]
Name: Mixhael McCutcheon
DC# 816168   MB# N/A
Hamilton C.I. Annex
11419 S.W. County Road #249
Jasper, FL 32052-3735