MICHAEL MCCUTCHEON,
   PETITIONER, PRO SE

vs.

MICHAEL MOORE, SECRETARY
DEPT. OF CORRECTIONS, et. al.,
STATE OF FLORIDA, ATTORNEY
GENERAL FOR THE STATE OF FLORIDA,
ROBERT A. BUTTERWORTH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6008
CIV-SEITZ
MAGISTRATE JUDGE TURNOFF
MAGISTRATE JUDGE SORRENTINO

## MOTION TO PROCEED IN FORMA PAUPERIS

COMES NOW, MICHAEL MCCUTCHEON _____ petitioner, in the above-styled cause and, pursuant to the provisions of Title 28, United States Code, Section 1915, respectfully moves for leave to proceed in forma pauperis without prepayment of fees, costs or security given therefor.

Dated: DECEMBER ___, 1999

_____
Signature

## AFFIDAVIT IN SUPPORT OF MOTION
## TO PROCEED IN FORMA PAUPERIS

I, MICHAEL MCCUTCHEON _____, being first duly sworn, depose and say that I am the petitioner in the above-entitled case; that in support of my motion to proceed in forma pauperis without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that their nature of this action is as follows:

_____

_____

I further swear that the responses which I have made to questions and instructions hereinbelow relating to may ability to pay the cost of this action are true.

1. Are you presently employed?   Answer: No

   a. If answer is "yes", state the amount of your salary or wages per month and give the name and address of your employer.
   b. If answer is "no", state the date of last employment, and the amount of the salary and wages per month which you received.

_____

_____

2. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, or other source?   Answer: No

   a. If answer is "yes", describe each source of income, and state the amount received from each during the past twelve months.

3. Do you own any cash or checking or savings account?   Answer: __Yes (Banking Account)__

   a. If answer is "yes", state the total value of the items owned

   __2,898.52__

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?   Answer: __No__

   a. If answer is "yes", describe property and state approximate value.

5. List the persons who are dependent upon you for support and state your relationship to those persons.

I fully understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

_____
Signature

SUBSCRIBED AND SWORN TO before me this
__28__ day of __December__, 1999.

```
12/17/1999                      Inmate Account Information                           3:39 PM
HAMILTON C.I.                                                                        Page    1

         Inmate No.: 816168            Status: A               Card No.:    1
         Last Name: MCCUTCHEON                   Race: B
        First Name: MICHAEL                       Sex: M
       Middle Name:                               SS#: 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
     Date of Birth: 07/20/1969
               AKA: MCCUTCHEON, MICHAEL N.
            Opened: 02/14/1997       Facility Loc: 250
            Closed:                   Housing Loc: G1222L
                                          P.O.Box:
   Hold Amt    Hold Date Typ              Balance: 542.02
     0.00                        Non-Medical Hold: 0.00
     0.00                     Avail. Canteen Bal.: 26.54
     0.00                             Medical Hold: 0.00

                           Remitter/ Batch/
Date        Descript       Payee     Dep. No. Ref. No. Rec. #    In/(Out)    Balance
----------  ----------     --------- -------- -------- ------  ----------  ---------
05/04/1999  Beg Bal                                                         2,664.19
05/04/1999  Deposit        FIDELITY/ 00001066 543720   136851       318.05  2,982.24
05/04/1999  Canteen                                                  -1.37  2,980.87
05/05/1999  Canteen                                                  -0.68  2,980.19
05/06/1999  Canteen                                                  -6.62  2,973.57
05/06/1999  Canteen                                                  -5.26  2,968.31
05/07/1999  Canteen                                                  -5.18  2,963.13
05/08/1999  Canteen                                                  -3.36  2,959.77
05/08/1999  Canteen                                                  -2.47  2,957.30
05/09/1999  Canteen                                                  -3.32  2,953.98
05/10/1999  Canteen                                                  -3.47  2,950.51
05/11/1999  Canteen                                                  -7.44  2,943.07
05/11/1999  Canteen                                                  -5.86  2,937.21
05/12/1999  Canteen                                                  -7.16  2,930.05
05/13/1999  Withdrawal     P. S. LAZ           13661    137706     -150.00  2,780.05
05/13/1999  Canteen                                                  -0.71  2,779.34
05/14/1999  Canteen                                                  -8.35  2,770.99
05/14/1999  Canteen                                                  -1.97  2,769.02
05/15/1999  Canteen                                                  -2.18  2,766.84
05/16/1999  Canteen                                                  -4.07  2,762.77
05/17/1999  Deposit        BROWARD C 00001077 23153    137978        84.73  2,847.50
05/17/1999  Canteen                                                  -0.34  2,847.16
05/17/1999  Canteen                                                  -5.68  2,841.48
05/18/1999  Canteen                                                  -3.00  2,838.48
05/18/1999  Canteen                                                 -11.53  2,826.95
05/19/1999  Canteen                                                  -4.73  2,822.22
05/20/1999  Canteen                                                  -6.62  2,815.60
05/21/1999  Canteen                                                  -4.68  2,810.92
05/22/1999  Canteen                                                  -9.70  2,801.22
05/23/1999  Canteen                                                  -5.55  2,795.67
05/25/1999  Canteen                                                  -1.61  2,794.06
05/25/1999  Canteen                                                 -10.81  2,783.25
05/26/1999  Withdrawal     HCI - INM           13698    138831      -73.94  2,709.31
05/26/1999  Canteen                                                  -4.57  2,704.74
05/27/1999  Canteen                                                  -4.72  2,700.02
05/27/1999  Canteen                                                  -2.91  2,697.11
```

```
12/17/1999                  Inmate Account Information                    3:39 PM
HAMILTON C.I.                                                             Page   2

                         Remitter/ Batch/
Date       Descript      Payee     Dep. No.  Ref. No.  Rec. #   In/(Out)    Balance
---------- ----------    --------- --------  --------  ------   ---------   -------

05/28/1999 Canteen                                                 -4.84   2,692.27
05/29/1999 Canteen                                                 -8.78   2,683.49
05/30/1999 Canteen                                                 -4.37   2,679.12
05/31/1999 Canteen                                                 -4.96   2,674.16
05/31/1999 Canteen                                                 -1.03   2,673.13
06/01/1999 Canteen                                                 -2.97   2,670.16
06/01/1999 Canteen                                                 -5.12   2,665.04
06/02/1999 Void Check    VCK13661             13661               150.00   2,815.04
06/02/1999 Canteen                                                 -5.42   2,809.62
06/02/1999 Canteen                                                 -1.99   2,807.63
06/03/1999 Canteen                                                 -4.87   2,802.76
06/04/1999 Canteen                                                 -4.80   2,797.96
06/05/1999 Canteen                                                 -4.61   2,793.35
06/06/1999 Canteen                                                 -2.64   2,790.71
06/07/1999 Canteen                                                 -0.68   2,790.03
06/07/1999 Canteen                                                 -5.03   2,785.00
06/08/1999 Canteen                                                 -0.68   2,784.32
06/08/1999 Canteen                                                 -4.82   2,779.50
06/09/1999 Canteen                                                 -3.91   2,775.59
06/10/1999 Med W/D       Med Co-Pa           00024893  21762       -4.00   2,771.59
06/10/1999 Canteen                                                 -3.94   2,767.65
06/10/1999 Canteen                                                 -2.54   2,765.11
06/11/1999 Canteen                                                 -6.37   2,758.74
06/12/1999 Canteen                                                 -4.48   2,754.26
06/13/1999 Canteen                                                 -2.66   2,751.60
06/14/1999 Canteen                                                 -3.29   2,748.31
06/15/1999 Med W/D       Med Co-Pa           00024956  21861       -4.00   2,744.31
06/15/1999 Med W/D       Med Co-Pa           00024957  21862       -4.00   2,740.31
06/25/1999 Deposit       FIDELITY/ 00001109  558835    141982     318.05   3,058.36
06/25/1999 Canteen                                                 -6.23   3,052.13
07/02/1999 Canteen                                                 -5.58   3,046.55
07/04/1999 Canteen                                                 -8.04   3,038.51
07/05/1999 Canteen                                                 -1.22   3,037.29
07/05/1999 Canteen                                                 -5.40   3,031.89
07/06/1999 Canteen                                                 -7.10   3,024.79
07/07/1999 Canteen                                                 -4.69   3,020.10
07/08/1999 Canteen                                                 -4.69   3,015.41
07/09/1999 Canteen                                                 -7.48   3,007.93
07/10/1999 Canteen                                                 -0.68   3,007.25
07/10/1999 Canteen                                                 -3.07   3,004.18
07/11/1999 Canteen                                                 -4.44   2,999.74
07/12/1999 Canteen                                                -10.13   2,989.61
07/13/1999 Canteen                                                 -9.82   2,979.79
07/14/1999 Canteen                                                 -3.94   2,975.85
07/15/1999 Withdrawal    PUBLIC EM           13885     143860  -2,500.00     475.85
07/15/1999 Canteen                                                 -4.49     471.36
07/16/1999 Canteen                                                 -9.02     462.34
07/17/1999 Canteen                                                 -3.11     459.23
07/18/1999 Canteen                                                 -3.07     456.16
```

```
12/17/1999                    Inmate Account Information                        3:39 PM
HAMILTON C.I.                                                                   Page    3

                          Remitter/ Batch/
Date       Descript       Payee    Dep. No. Ref. No. Rec. #    In/(Out)    Balance
---------- ------------   -------- -------- -------- --------  ----------  ---------

07/19/1999 Canteen                                                -5.19      450.97
07/20/1999 Canteen                                                -1.94      449.03
07/21/1999 Canteen                                                -4.02      445.01
07/22/1999 Canteen                                                -2.90      442.11
07/23/1999 Void Check  VCK13885             13885              2,500.00    2,942.11
07/24/1999 Canteen                                                -8.28    2,933.83
07/25/1999 Canteen                                                -2.00    2,931.83
07/26/1999 Deposit     F+G LIFE   00001132  566316   144852      318.05    3,249.88
07/26/1999 Canteen                                               -10.65    3,239.23
07/27/1999 Canteen                                               -17.12    3,222.11
07/28/1999 Canteen                                                -7.83    3,214.28
07/29/1999 Withdrawal  ARETHA MC            13931    145229     -350.00    2,864.28
07/29/1999 Withdrawal  MICHAEL M            13941    145239   -2,500.00      364.28
07/29/1999 Canteen                                                -4.27      360.01
07/30/1999 Canteen                                                -9.45      350.56
07/31/1999 Canteen                                                -6.52      344.04
08/01/1999 Canteen                                                -5.10      338.94
08/02/1999 Canteen                                                -2.34      336.60
08/03/1999 Canteen                                                -5.03      331.57
08/03/1999 Canteen                                                -4.45      327.12
08/04/1999 Canteen                                                -6.64      320.48
08/05/1999 Canteen                                                -1.53      318.95
08/06/1999 Canteen                                                -1.71      317.24
08/06/1999 Canteen                                                -1.37      315.87
08/07/1999 Canteen                                                -6.93      308.94
08/08/1999 Canteen                                                -0.68      308.26
08/08/1999 Canteen                                                -4.85      303.41
08/09/1999 Canteen                                                -7.46      295.95
08/10/1999 Canteen                                               -13.83      282.12
08/11/1999 Canteen                                                -1.52      280.60
08/11/1999 Canteen                                                -4.03      276.57
08/12/1999 Withdrawal  HCI - INM            14007    147042      -34.66      241.91
08/12/1999 Canteen                                                -9.06      232.85
08/12/1999 Canteen                                                -3.24      229.61
08/14/1999 Canteen                                                -6.27      223.34
08/15/1999 Canteen                                                -3.89      219.45
08/16/1999 Canteen                                                -1.53      217.92
08/17/1999 Canteen                                               -15.28      202.64
08/18/1999 Canteen                                                -4.61      198.03
08/19/1999 Canteen                                                -7.51      190.52
08/20/1999 Canteen                                                -2.74      187.78
08/21/1999 Canteen                                                -3.94      183.84
08/21/1999 Canteen                                                -3.40      180.44
08/22/1999 Canteen                                                -4.09      176.35
08/23/1999 Withdrawal  THE MIAMI            14051    148120      -52.00      124.35
08/23/1999 Withdrawal  ESSENCE              14052    148121      -36.00       88.35
08/23/1999 Withdrawal  VIBE                 14053    148122      -17.95       70.40
08/23/1999 Canteen                                                -1.71       68.69
08/23/1999 Canteen                                                -3.86       64.83
```

```
12/17/1999                    Inmate Account Information                        3:39 PM
HAMILTON C.I.                                                                   Page    4

                         Remitter/ Batch/
Date       Descript      Payee     Dep. No.  Ref. No.  Rec. #    In/(Out)    Balance
---------- ---------     --------- --------  --------  ------    ---------   --------
08/24/1999 Canteen                                                  -12.78      52.05
08/25/1999 Canteen                                                   -4.93      47.12
08/26/1999 Withdrawal    EBONY               14091     148618       -30.97      16.15
08/26/1999 Canteen                                                   -4.87      11.28
08/29/1999 Canteen                                                   -0.68      10.60
08/30/1999 Canteen                                                   -1.03       9.57
08/31/1999 Canteen                                                   -0.68       8.89
09/01/1999 Deposit       F+G LIFE  1166      573916    149146       318.05     326.94
09/01/1999 Canteen                                                   -2.17     324.77
09/02/1999 Canteen                                                  -14.39     310.38
09/03/1999 Canteen                                                   -1.37     309.01
09/04/1999 Canteen                                                   -1.56     307.45
09/04/1999 Canteen                                                   -0.34     307.11
09/05/1999 Canteen                                                   -8.87     298.24
09/06/1999 Canteen                                                   -4.38     293.86
09/07/1999 Canteen                                                   -4.78     289.08
09/07/1999 Canteen                                                   -7.09     281.99
09/08/1999 Canteen                                                   -2.05     279.94
09/09/1999 Canteen                                                   -1.84     278.10
09/10/1999 Canteen                                                   -4.70     273.40
09/11/1999 Canteen                                                   -2.99     270.41
09/11/1999 Canteen                                                   -0.68     269.73
09/12/1999 Canteen                                                   -1.03     268.70
09/12/1999 Canteen                                                   -2.99     265.71
09/13/1999 Canteen                                                  -17.42     248.29
09/14/1999 Canteen                                                  -11.14     237.15
09/15/1999 Med W/D       Med Co-Pa           00026933  23405         -4.00     233.15
09/15/1999 Canteen                                                   -7.32     225.83
09/16/1999 Canteen                                                   -5.14     220.69
09/17/1999 Canteen                                                   -6.30     214.39
09/18/1999 Canteen                                                  -10.13     204.26
09/19/1999 Canteen                                                   -0.74     203.52
09/20/1999 Canteen                                                   -3.61     199.91
09/21/1999 Canteen                                                  -11.58     188.33
09/22/1999 Canteen                                                   -6.40     181.93
09/24/1999 Canteen                                                  -13.19     168.74
09/25/1999 Canteen                                                   -6.04     162.70
09/27/1999 Canteen                                                   -3.07     159.63
09/28/1999 Canteen                                                  -16.30     143.33
09/29/1999 Canteen                                                   -3.50     139.83
09/30/1999 Canteen                                                   -1.71     138.12
10/01/1999 Deposit       FIDELITY/ 5553      581326    152312       318.05     456.17
10/02/1999 Canteen                                                  -14.72     441.45
10/03/1999 Canteen                                                   -2.02     439.43
10/04/1999 Canteen                                                   -2.94     436.49
10/04/1999 Canteen                                                   -1.86     434.63
10/05/1999 Canteen                                                  -18.22     416.41
10/06/1999 Canteen                                                   -5.35     411.06
10/07/1999 Canteen                                                   -4.31     406.75
```

```
2/17/1999                      Inmate Account Information                         3:39 PM
AMILTON C.I.                                                                      Page    5

                            Remitter/ Batch/
ate         Descript        Payee     Dep. No.  Ref. No.   Rec. #    In/(Out)    Balance
---------   ----------      --------- --------  --------   ------    ----------  ---------
0/08/1999   Canteen                                                      -5.43    401.32
0/09/1999   Canteen                                                      -8.42    392.90
0/10/1999   Canteen                                                      -2.91    389.99
0/11/1999   Canteen                                                      -1.22    388.77
0/11/1999   Canteen                                                      -2.79    385.98
0/12/1999   Canteen                                                     -14.57    371.41
0/13/1999   Canteen                                                      -3.50    367.91
0/13/1999   Canteen                                                      -8.82    359.09
0/14/1999   Canteen                                                      -2.96    356.13
0/15/1999   Canteen                                                      -3.48    352.65
0/17/1999   Canteen                                                      -5.92    346.73
0/18/1999   Withdrawal  MONICA J.              14324      154346       -100.00    246.73
0/18/1999   Canteen                                                      -6.59    240.14
0/19/1999   Canteen                                                     -13.73    226.41
0/20/1999   Canteen                                                      -3.02    223.39
0/22/1999   Canteen                                                     -10.10    213.29
0/23/1999   Canteen                                                      -4.10    209.19
0/24/1999   Canteen                                                      -2.58    206.61
/25/1999    Canteen                                                      -4.82    201.79
/25/1999    Canteen                                                      -6.37    195.42
/26/1999    Canteen                                                     -13.99    181.43
/27/1999    Canteen                                                     -11.27    170.16
/28/1999    Canteen                                                      -4.16    166.00
/29/1999    Canteen                                                      -3.62    162.38
/30/1999    Canteen                                                      -0.87    161.51
/30/1999    Canteen                                                      -3.93    157.58
/31/1999    Canteen                                                      -5.58    152.00
/01/1999    Deposit     F&G LIFE     5640      588979     155695        318.05    470.05
/02/1999    Canteen                                                     -15.57    454.48
/03/1999    Canteen                                                     -10.06    444.42
/04/1999    Canteen                                                      -3.13    441.29
05/1999     Canteen                                                      -4.07    437.22
06/1999     Canteen                                                      -4.37    432.85
07/1999     Canteen                                                      -8.07    424.78
08/1999     Canteen                                                      -5.78    419.00
09/1999     Canteen                                                      -4.74    414.26
10/1999     Canteen                                                      -7.84    406.42
11/1999     Canteen                                                      -5.42    401.00
13/1999     Canteen                                                      -5.51    395.49
13/1999     Canteen                                                      -7.41    388.08
15/1999     Canteen                                                      -6.13    381.95
.6/1999     Canteen                                                      -6.18    375.77
.8/1999     Canteen                                                      -5.39    370.38
0/1999      Canteen                                                      -3.53    366.85
0/1999      Canteen                                                      -1.93    364.92
1/1999      Canteen                                                      -4.19    360.73
2/1999      Canteen                                                      -0.34    360.39
4/1999      Canteen                                                      -6.96    353.43
5/1999      Canteen                                                      -5.50    347.93
```

```
12/17/1999                Inmate Account Information                     3:39 PM
HAMILTON C.I.                                                            Page   6

                        Remitter/ Batch/
Date       Descript     Payee     Dep. No.  Ref. No.  Rec. #   In/(Out)   Balance
---------- ----------   --------- --------  --------  ------  ----------  --------

11/27/1999 Canteen                                                -5.82    342.11
11/27/1999 Canteen                                                -5.21    336.90
11/28/1999 Canteen                                                -3.51    333.39
11/28/1999 Canteen                                                -3.59    329.80
12/01/1999 Deposit      F+G LIFE  5719      596308    158792     318.05    647.85
12/01/1999 Canteen                                                -6.07    641.78
12/02/1999 Canteen                                                -1.06    640.72
12/03/1999 Canteen                                                -8.20    632.52
12/04/1999 Canteen                                               -11.40    621.12
12/04/1999 Canteen                                                -1.37    619.75
12/05/1999 Canteen                                                -0.34    619.41
12/05/1999 Canteen                                                -0.68    618.73
12/07/1999 Canteen                                                -6.80    611.93
12/07/1999 Canteen                                                -8.91    603.02
12/08/1999 Canteen                                                -2.69    600.33
12/10/1999 Canteen                                                -0.87    599.46
12/10/1999 Canteen                                                -1.37    598.09
12/10/1999 Canteen                                                -1.25    596.84
12/11/1999 Canteen                                               -16.42    580.42
12/12/1999 Canteen                                                -2.90    577.52
12/14/1999 Canteen                                               -17.04    560.48
12/15/1999 Canteen                                               -15.76    544.72
12/16/1999 Canteen                                                -2.70    542.02
12/17/1999 End Bal                                                         542.02
```