UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Michael Mccutchen
Plaintiff./Petitioner,

CASE NO. 00-6008-civ-Seitz

MAGISTRATE JUDGE  CHS

V.

**CLERK'S NOTICE OF**
**RECEIPT OF FILING FEE**

Secretary for the Dept
Defendant/Respondent,

_____/

The Clerk notifies the Court that on 02/09/00 the filing fee of $ 5.00 was received, receipt number 816735.

DONE at the Federal Courthouse Square, Miami, Florida, this 9th day of February, 2000.

CLARENCE MADDOX
CLERK OF COURT

By: Jay Hamilton
Deputy Clerk

c: United States Magistrate Judge
   Plaintiff