UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Michael Mccuthcheon
Plaintiff./Petitioner,

CASE NO. 00-6008-CIV-SEITZ

MAGISTRATE JUDGE CHS

V.

**CLERK'S NOTICE OF**

**RECEIPT OF FILING FEE**

Dept of Corrections
Defendant/Respondent,

_____/

The Clerk notifies the Court that on 02/10/00 the filing fee of $ 5.00 was received, receipt number 816769.

DONE at the Federal Courthouse Square, Miami, Florida, this 10th day of February 2000.

CLARENCE MADDOX
CLERK OF COURT

By: _____
Deputy Clerk

c: United States Magistrate Judge
   Plaintiff