UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

M McCutheon,

Plaintiff./Petitioner,

CASE NO. 00-6008-CIV-Seitz

MAGISTRATE JUDGE CHS

V.

**CLERK'S NOTICE OF**

**RECEIPT OF FILING FEE**

Secretary for the Dept

Defendant/Respondent,

_____/

The Clerk notifies the Court that on 02/16/00 the filing fee of $ 5.00 was received, receipt number 817168

DONE at the Federal Courthouse Square, Miami, Florida, this ___16th___ day of February 2000.

**CLARENCE MADDOX**
CLERK OF COURT

By: _____
Deputy Clerk

c: United States Magistrate Judge
   Plaintiff

#9
HL