> **ORDER**
> Granted
> ~~Denied~~ To the extent that the
> ~~Comments~~ Clark has docketed this
> pleading as a motion to dismiss, it
> is denied. It will be treated as
> a response to the order to
> show cause. _Charlene H. Sorrentino_ 5/22/00
> **U. S. Magistrate Judge**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6008-CIV-SEITZ**
**MAGISTRATE JUDGE SORRENTINO**

**MICHAEL McCUTCHEON,**

    Petitioner,

vs.

**MICHAEL W. MOORE,**

    Respondent(s).

_____/

**RESPONSE TO ORDER TO SHOW CAUSE**

FILED by _____ D.C.
MAG. SEC.

MAY 22 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

The Respondent, Michael W. Moore, Secretary of the Florida Department of Corrections, by and through undersigned counsel, hereby files this response to this Honorable Court's Order to show cause dated February 16, 2000, and for the reasons which follow, submits that the Petitioner is not entitled to federal habeas corpus relief pursuant to the provisions of 28 U.S.C. §2254.

**I.**

**PRELIMINARY STATEMENT**

The petitioner, Michael McCutcheon, is currently in the lawful custody of the Florida Department of Corrections pursuant to valid judgment of guilt for the crime of robbery entered by the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida ("the trial court").

An appendix is being filed simultaneously with this Response. Reference to the exhibits contained in the appendix will be designated by "Ex." followed by the appropriate letter and reference to page numbers of the exhibits will follow after the appropriate letter. References to the trial transcript, if any, will be designated by the Volume number with the page number following a