UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLOIRDA

Case No: 00-6008-Civ-SEITZ
DISTRICT JUDGE SEITZ

MICHAEL McCUTCHEON,
    Petitioner,

Vs.

MICHAEL W. MOORE,
    Respondent.
_____/

MOTION FOR
EXTENSION OF TIME

    COMES NOW, Michael McCutheon, petitioner, pro se, respectfully requesting an extension of time to file objections to the magistrate's report and recommendation received on September 18, 2000.

    The reasons in support therefore are as follows:

    1) This institution does not contain federal case law texts and therefor must be ordered from another facility, a process which customarily takes from 7 to 10 days.

    2) Orders for copies of the applicable federal shepard's citation are all too often completely ignored. Therefore, I will not be able to check the validity, history, and treatment of the cases I select to cite from.

    3) The stringent time constraint on the use of the law library-even for deadlines now-due to the facility's rapidly increased population(1,400) in relation to the number of

available seats(18).

In conclusion, I am respectfully requesting a minimum extension of 30 days to prepare my objection with outside assistance for the purpose of shepardizing the case law I locate.

Respectfully submitted,

/s/ *[signature]*

MICHAEL McCUTCHEON,

Petitioner, pro se

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been placed in the hands of prison officials with prepaid postage for the purpose or mailing to: Douglas J. Glaid, AAG, Dept. of Legal Affairs. The 110 Tower, 10th Floor, 110 S.E. 6th Street, Ft. Laud., Fl 33301 and the United States District Court, Southern District of Florida. ATTN: District Judge Seitz, Federal Courthouse Square, 301 N. Miami Ave., RM#150, Miami, Fl 33128-7788, on this 21 day of September, 2000.

*[signature]*

MICHAEL McCUTCHEON, Pro se