UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6008-CIV-SEITZ

MICHAEL MCCUTCHEON,

        Petitioner,

v.

MICHAEL W. MOORE,

        Respondent.
_____/



## ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME

THIS CAUSE comes before the Court upon Petitioner Michael McCutcheon's Motion for Extension of Time, filed November 24, 1998 [D.E. No. 20].

The Court having reviewed said motion and the record, and good cause having been shown for such extension of time, it is hereby

ORDERED that the Plaintiff's unopposed motion for enlargement of time is GRANTED. The Plaintiff shall have until and including October 25, 2000 within which to file his objections to the magistrate's report and recommendation.

DONE AND ORDERED in Miami, Florida, this 26th day of September, 2000.

                                                PATRICIA A. SEITZ
                                                UNITED STATES DISTRICT JUDGE

cc:    Douglas J. Glaid, Esq.
        Michael McCutcheon, *pro se*