UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6008-CIV-SEITZ

MICHAEL MCCUTCHEON,

          Petitioner,

v.

MICHAEL W. MOORE,

          Respondent.
_____/



FILED by ___ D.C.

MAY 17 2001

## ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT OR ORDER

THIS CAUSE comes before the Court upon Petitioner Michael McCutcheon's Motion for Relief from Judgment or Order, filed April 7, 2001. Petitioner agrees that if his FLA. R. CR. P. 3.850 motion was not "properly filed" because it was not under oath, then he is barred from relief under *Artuz v. Bennett*, 121 S.Ct. 361 (2000). However, Petitioner contends that the court mistakenly denied his motion with prejudice, thus denying him the opportunity to properly file and thereby toll the habeas petition statute of limitations.

The Circuit Court of the 17th Judicial Circuit, in and for Broward County, Florida denied Petitioner's motion "for reasons stated in the State's response." *State of Florida v. McCutcheon*, Case No. 95-21915CF10A (October 13, 1998) (Carney, J.). Therefore, because Broward Circuit Court's denial did not state that it was with prejudice, it was, in actuality, without prejudice. *See* FED. R. CIV. P. 41(a)(2). Petitioner has not demonstrated that he attempted to properly file a second FLA. R. CR. P. 3.850 motion. Accordingly, it is hereby

ORDERED THAT Petitioner's Motion for Relief from Judgment or Order is DENIED.

DONE AND ORDERED in Miami, Florida, this __16th__ day of May, 2001.

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE



cc:    Douglas J. Glaid, Esq.
       Michael McCutcheon, *pro se*